IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW L. CARVER

    Plaintiff,

    v.

JAMES RATHLESBERGER; RON
JOSEPH; DAVE THORNTON; and DOES
3 through 50, inclusive,

    Defendants.

CIV-S-04-1918 DFL PAN

MEMORANDUM OF OPINION
AND ORDER

    Plaintiff Andrew L. Carver ("Carver") moves for a new trial.
Because there was no trial in this case, the court construes
Carver's motion as a motion for relief from judgment and a
request to amend his complaint to plead diversity jurisdiction.
For the reasons stated at oral argument, the court GRANTS
Carver's request to amend his complaint to plead diversity
jurisdiction.  Carver shall file an amended complaint by February
24, 2006 that expressly pleads diversity jurisdiction, including
the residence of plaintiff and defendants as well as how the

////

////

1

Dockets.Justia.com

amount in controversy requirement is met.

IT IS SO ORDERED.

Dated:2/6/2006

_____
DAVID F. LEVI
United States District Judge